OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

July 16, 2025

Imad G. El Khoury
1579 Race Ln
Marstons Mills, MA 02648

   Re: <u>El Khoury</u> v. <u>Goulding, et al</u>
     Appeal No. 23-1282

  This will confirm receipt of your correspondence dated June 25, 2025, in which you inquire as to the status of your appeal. The case was submitted on December 29, 2023 and remains pending before the court. You will be notified promptly once the court issues its decision. For your convenience, a copy of the docket of your appeal has been attached.

  I hope this information is helpful to you.

               Sincerely,
               Anastasia Dubrovsky, Clerk

cc:
Leonard H. Kesten
Thomas R. Donohue
Francesca Marie Papia